**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEMETRIUS FLOWERS
aka Malcolm X                                                                                                    PLAINTIFF

V.                                    3:08CV00148 SWW/HDY

G. BEAVERS, Jailer, Craighead County Detention
Facility; and RICK GOODMAN                                                                           DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 12th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE